**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON MOULTRIE,<br>JASMINE MONTALVO,<br><br>　　　Plaintiff<br><br>v.<br><br>THE BRIDGE LUXURY APARTMENT,<br><br>　　　Defendant | Case No.: 3:21-cv-00333-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 1 |

    An application to proceed in forma pauperis (IFP) (ECF No. 1) and pro se complaint (ECF No. 1-1) were filed in this case. The IFP application and complaint list the plaintiffs as Aaron Moultrie and Jasmine Montalvo; however, both the IFP application and complaint are only signed by Aaron Moultrie.

    Mr. Moultrie does not appear to be an attorney admitted to the State Bar of Nevada. Nor does he provide a bar number indicating he is admitted to practice law in any other state. As such, he may not initiate a civil complaint on behalf of another individual. Nor may he submit an application to proceed IFP on behalf of another individual. *See* Fed. R. Civ. P. 11(a) (requiring every pleading, written motion or other paper to be signed by an attorney of record or by a party if that party is unrepresented).

    Within **30 days** of the date of this Order, an IFP application shall be submitted and signed by Jasmine Montalvo, and Plaintiffs shall submit a complaint that is signed by both Mr. Moultrie and Ms. Montalvo. Alternatively, Mr. Moultrie may submit, within the **30 days**, an amended complaint that is in his name only.

At that point, the court will address the IFP applications and then, if granted, will screen the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Dated: August 18, 2021

_____
William G. Cobb
United States Magistrate Judge