# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON MOULTRIE,<br>JASMINE MONTALVO | Case No.: 3:21-cv-00333-MMD-WGC |
| Plaintiffs | **Report & Recommendation of<br>United States Magistrate Judge** |
| v. | |
| THE BRIDGE LUXURY APARTMENT, | |
| Defendant | |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

An application to proceed in forma pauperis (IFP) and pro se complaint were filed in this case. (ECF Nos. 1, 1-1.) The IFP application and complaint list the plaintiffs as Aaron Moultrie and Jasmine Montalvo; however, both the IFP application and complaint are only signed by Aaron Moultrie.

On August 18, 2021, the court entered an order noting that Plaintiff did not appear to be an attorney licensed to practice law in Nevada (or any other state), and therefore, he could not initiate a civil complaint or file an IFP application on behalf of another individual. The court gave Plaintiffs 30 days to submit an IFP application signed by Ms. Montalvo, and to either submit a complaint signed by both Mr. Moultrie and Ms. Montalvo or an amended complaint by just Mr. Moultrie. (ECF No. 8.)

To date, Plaintiffs have not complied with the court's order. Therefore, it is recommended that this action be dismissed without prejudice, and that the case be

administratively closed. In light of this recommendation, the pending IFP application (ECF No. 1) and motion for appointment of counsel (ECF No. 7) should be denied as moot.

**<u>RECOMMENDATION</u>**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** and administratively closing the case. As such, the pending IFP application (ECF No. 1) and motion for appointment of counsel (ECF No. 7) should be **DENIED AS MOOT**.

The Plaintiffs should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: October 8, 2021

William G. Cobb
United States Magistrate Judge

2